**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
  KENNETH G. JOSEPH
  GEORGINA M. JOSEPH
         Debtor(s)

  Ronda J. Winnecour
         Movant
         vs.
  No Repondents.

Case No.:12-23800 JAD

Chapter 13

Document No.:  102

ORDER OF COURT

AND NOW, this __6th__ day of __November__, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE  sjk

Jeffery A. Deller

FILED
11/6/17 8:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 12-23800-JAD
Kenneth G. Joseph                                                 Chapter 13
Georgina M. Joseph
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: amaz              Page 1 of 2           Date Rcvd: Nov 06, 2017
                             Form ID: pdf900         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2017.
```
db/jdb         +Kenneth G. Joseph,    Georgina M. Joseph,    1017 Connor Rd.,    Pittsburgh, PA 15234-1064
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,   Irving, TX 75063)
13451544       +AES/PHEAA,   PO BOX 8183,    HARRISBURG PA 17105-8183
13469430       +AES/PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
13435591        American Education Services,    PO BOx 2461,   HArrisburg, PA 17105-2461
13435592        Bank of America NA,    PO Box 15222,   Wilmington, DE 19886-5222
13516383       +Bank of America, N.A., as successor by et.al.,    Bank of America, N.A.,   7105 Corporate Drive,
                 Plano, TX 75024-4100
13435594      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of PA,    200 Civic Center Dr,   11th Floor,
                 Columbus OH 43215)
13435593       +Central Cardiovascular Assoc.,    350 Locust Street, Ste 100,   Pgh, PA 15218
13435595       +Comcast,   c/o Credit Management,    PO Box 118288,   Carrollton, TX 75011-8288
13435597       +Credit Collection Service/Allstate property,    Two Wells Avenue,   Newton, MA 02459-3225
13435601        Dominion Energy Solutions,    PO Box 298,   Pgh. PA 15230-0298
13520546        ECMC,   PO Box 16408,    St Paul MN 55116-0408
13435603       +Jefferson Cardiology Assoc.,    PO Box 18285,   Pgh, PA 15236-0285
13435604       +Knight Motors LP,    1470 West Liberty Avenue,   Pittsburgh PA 15226-1102
13435605        Med Express,    PO Box 636536,   Cincinnati, OH 45263-6536
13435606       +Medi-Help,    1691 Washington Road,    Mt. Lebanon, PA 15228-1631
13435607       +National Asset Mgmt., LLC,    400 Rouser Road,   Suite 202,   Coraopolis, PA 15108-2749
13516542        VERIZON,   PO BOX 3037,    BLOOMINGTON, IL 61702-3037
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2017 01:16:26
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
13435598       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 07 2017 01:10:12
                 Credit Collection Services,    Two Wells Avenue,   Newton, MA 02459-3246
13435599       +E-mail/Text: ccusa@ccuhome.com Nov 07 2017 01:09:20       Credit Collections USA,
                 16 Distributor Drive,    Suite 1,   Morgantown, WV 26501-7209
13435602       +E-mail/Text: kburkley@bernsteinlaw.com Nov 07 2017 01:10:10       Duquense Light,
                 411 Seventh Avenue,    Pgh. PA 15219-1942
13501398       +E-mail/Text: kburkley@bernsteinlaw.com Nov 07 2017 01:10:10       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13490010        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 07 2017 01:09:55       Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-9617
13435608       +E-mail/Text: csc.bankruptcy@amwater.com Nov 07 2017 01:10:13       Pennsylvania American Water,
                 P.O. Box 578,   Alton IL 62002-0578
13443906        E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2017 01:16:19
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*            +AES/PHEAA,   P.O.BOX 8183,    Harrisburg, PA 17105-8183
cr*             ECMC,    P.O. Box 16408,   St. Paul, MN 55116-0408
13469433*      +AES/PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
13469443*      +AES/PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
13469468*      +AES/PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
13488061*      +Aes/Pheaa,   Po Box 8147,    Harrisburg, Pa 17105-8147
13435596*      +Comcast,   c/o Credit Management,    PO Box 118288,   Carrollton, TX 75011-8288
13435600*      +Credit Collections USA,    16 Distributor Drive,   Suite 1,   Morgantown, WV 26501-7209
13658126*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
                                                                                   TOTALS: 2, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2            User: amaz              Page 2 of 2             Date Rcvd: Nov 06, 2017
                                Form ID: pdf900         Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor     BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com
              Joseph E. Fieschko, Jr.    on behalf of Joint Debtor Georgina M. Joseph joe@fieschko.com,
               rcfishko@aol.com
              Joseph E. Fieschko, Jr.    on behalf of Debtor Kenneth G. Joseph joe@fieschko.com,
               rcfishko@aol.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10
```